Donald F. Carey, WY #5-2917
Lindsey R. Romankiw, WY #7-5678
CAREY PERKINS LLP
P.O. Box 51388
980 Pier View Drive, Suite B
Idaho Falls, Idaho 83402-2913
Telephone: (208) 529-0000
Facsimile: (208) 529-0005
E-mail: dfcarey@careyperkins.com
E-mail: lrromankiw@careyperkins.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| COLORADO HOSPITALITY SERVICE, INC., D/B/A LARAMIE HOSPITALITY LLC, RAMADA INN,<br><br>Plaintiff,<br><br>vs.<br><br>ESSEX INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:15-cv-0131-SWS<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

COME NOW the above-entitled parties, by and through their counsel, and stipulate that this matter shall be dismissed with prejudice, with each party bearing its own costs and fees.

DATED this __13__ day of October, 2016.

CHILDRESS LOUCKS & PLUNKETT

By: _____
Thomas J. Loucks, of the Firm
Attorneys for Plaintiff

1 - STIPULATION FOR DISMISSAL WITH PREJUDICE

DATED this __13__ day of October, 2016.

                                              CAREY PERKINS LLP

                                              By: _____
                                              Donald F. Carey, of the Firm
                                              Attorneys for Defendant

## Certificate of Service

I hereby certify that on the _13_ day of October, 2016, I electronically filed the foregoing with the Clerk of the Court using The CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Marie E. Drake
The Drake Law Firm, P.C.
marie@thedrakelawfirm.com

Michael W. Duffy
Thomas J. Loucks
Andrew M. Plunkett
Childress Duffy, Ltd
mduffy@childresslawyers.com
tloucks@childresslawyers.com
aplunkett@childresslawyers.com

                                            **/s/ Lindsey R. Romankiw**
                                            Lindsey R. Romankiw